UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00130-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NICHOLAS BROOKS RACE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing is reset to **Thursday, February 2, 2012, at 10:00 a.m.**

    Dated: November 18, 2011